IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARIO A. CHANDLER,
    Petitioner,

v.                                                              Case No.: 3:07cv529/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## **O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 14, 2008 (Doc. 32). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

      Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. Respondent's motion to dismiss (Doc. 28) is **GRANTED**.

      3. The second amended petition for writ of habeas corpus (Doc. 11) is **DISMISSED as moot**.

      4. All pending motions are **DENIED as moot**.

      **DONE AND ORDERED** this 15th day of August, 2008.

                                                      /s/ *Roger Vinson*
                                                      **ROGER VINSON**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**